UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| SARAH D. HOOVER,<br><br>    Plaintiff,<br><br>    v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS INC.,<br><br>    Defendant. | CASE No. 3:14-cv-05090-DPR |

**DEFENDANT BAYER HEALTHCARE PHARMACEUTICALS INC.'S
CORPORATE DISCLOSURE AND INTERESTS STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1 AND L.R. 7.1**

Defendant Bayer HealthCare Pharmaceuticals Inc. provides its Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 corporate disclosure and interests statement as follows:

1.   Bayer HealthCare Pharmaceuticals Inc. is a nongovernmental entity.

2.   Bayer HealthCare Pharmaceuticals Inc. is a Delaware corporation, all of whose issued and outstanding shares of common stock are owned by Schering Berlin Inc.

3.   Schering Berlin Inc. is a Delaware corporation and is wholly-owned by Bayer HealthCare LLC.

4.   Bayer HealthCare LLC is a Delaware limited liability company whose sole member is Bayer Corporation, and as such, Bayer HealthCare LLC is wholly-owned by Bayer Corporation, an Indiana corporation.

5.   At the time Bayer HealthCare Pharmaceuticals Inc. submitted its initial corporate disclosure statement, Bayer Corporation was wholly-owned by Bayer World Investments B.V.

1

435655 v1

6. As of September 25, 2014, Bayer Corporation is wholly-owned by Bayer US Holding LP.

7. Bayer US Holding LP is a Delaware limited partnership, in which Bayer World Investments B.V. is the sole and controlling General Partner, and Bayer Solution B.V. is the sole Limited Partner.

8. Bayer Solution B.V. is a private limited liability company formed under Dutch law and is wholly-owned by Bayer World Investments B.V.

9. Bayer World Investments B.V. is a private limited liability company formed under Dutch law and is wholly-owned by Bayer AG.

10. Bayer AG is a German corporation with its principal place of business in Germany and whose stock is publicly traded in Germany. Bayer AG has no parent company and no publicly held company owns 10 percent or more of its stock.

Dated: November 20, 2014.

Respectfully submitted,

By: */s/ Jennifer M. Stevenson*
Jennifer M. Stevenson, #57264
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorney for Defendant Bayer HealthCare Pharmaceuticals Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of November 2014, a copy of Defendant Bayer HealthCare Pharmaceuticals Inc.'s Corporate Disclosure and Interests Statement was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

        D. Todd Matthews
        Gori Julian & Associates, P.C.
        Edwardsville, IL 62025
        P: (618) 659-9833
        F: (618) 659-9834

        *Attorneys for Plaintiff*

        */s/ Jennifer M. Stevenson*
        Jennifer M. Stevenson