## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| **SARAH D. HOOVER** | ) | |
| | ) | |
| | ) | |
| **Plaintiff** | ) | **Case No.: 3:14-cv-5090-BCW** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **BAYER HEALTHCARE** | ) | |
| **PHARMACEUTICALS INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS OUT OF TIME

Plaintiff Sarah Hoover submits her Motion for Leave to File Response to Defendant's Motion to Dismiss out of Time and states as follows:

1.      The Court previously Ordered plaintiff Hoover to file her response to Defendant's Motion to Dismiss on or before November 13, 2014.

2.      Plaintiff Hoover inadvertently failed to file her response on or before November 13, 2014, due to miscommunication with co-counsel.

3.      The granting of the Motion for Leave to File Response to Defendant's Motion to Dismiss out of Time will not prejudice the Defendants.

Wherefore, plaintiff Hoover asks that this Court grant her leave to file her response to defendant's Motion to Disimss instanter.

1

Respectfully submitted,

GORI JULIAN & ASSOCIATES, P.C.

 /s/ D. Todd Mathews
 D. Todd Mathews, #52502
Gori Julian & Associates, P.C.
156 N. Main Street
Edwardsville, IL 62025
(618) 659-9833 – Telephone
(618) 659-9834 - Facsimile

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

 /s/ D. Todd Mathews

2