**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHWESTERN DIVISION**

SARAH D. HOOVER,

      **Plaintiff,**

**v.**

**BAYER HEALTHCARE**
**PHARMACEUTICALS INC.,**

      **Defendant.**

**CASE No. 3:14-cv-05090-BCW**

## CERTIFICATE OF SERVICE

Defendant Bayer HealthCare Pharmaceuticals Inc. hereby gives notice that on the 21st day of January, 2015, true and correct copies of (1) Defendant Bayer HealthCare Pharmaceuticals Inc.'s First Set of Interrogatories to Plaintiff Sarah Hoover; and (2) Defendant Bayer HealthCare Pharmaceuticals Inc.'s First Set of Requests for Production to Plaintiff Sarah Hoover were served via Electronic Mail and United States First Class mail, postage prepaid to the following counsel of record:

> D. Todd Matthews
> Gori Julian & Associates, P.C.
> 156 N. Main St.
> Edwardsville, IL 62025
> todd@gorijulianlaw.com
> *Attorneys for Plaintiff*

Dated: January 21, 2015.

Respectfully submitted,

By: */s/ Jeremiah S. Wikler*
Jennifer M. Stevenson, #57264
Jeremiah S. Wikler, #60113
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorney for Defendant Bayer HealthCare*
*Pharmaceuticals Inc.*

6764041 v1

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

*/s/ Jeremiah S. Wikler*
Jeremiah S. Wikler

*Attorney for Defendant Bayer HealthCare Pharmaceuticals Inc.*