IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

SARAH HOOVER,

**Plaintiff,**

     vs.

**BAYER HEALTHCARE PHARMACEUTICALS INC.,**

**Defendant.**

Case No. 3:14-CV-5090-BCW

## MOTION TO APPEAR AT PRETRIAL CONFERENCE BY PHONE

COMES NOW plaintiff Sarah Hoover, and in support of her Motion to Appear at Pretrial Conference by Phone, states as follows:

1. Pursuant to Fed. R. Civ. P. Rule 16 and Local Rule 16.2, this case is set for a pretrial conference on Wednesday, February 4, 2015 at 9:15 a.m., Courtroom 7D, at the United States Courthouse in Kansas City, Missouri.

2. Plaintiff Hoover's undersigned counsel is presently in Boston, Massachusetts attending a meeting pertaining to unrelated litigation.

3. The undersigned counsel is concerned that due to his meeting schedule and the inclement weather Boston is currently experiencing, he may be unable to attend the pretrial conference in-person.

4. In an abundance of caution, the undersigned counsel requests an Order of the Court allowing him to appear at the pretrial conference by phone for good cause shown.

5. Defendant does not object to this Motion.

Page **1** of **3**

Case 3:14-cv-05090-SRB   Document 19   Filed 02/03/15   Page 1 of 3

WHEREFORE, plaintiff Hoover respectfully requests an Order of the Court allowing undersigned counsel to appear by phone for good cause shown at the pretrial conference scheduled for Wednesday, February 4, 2015 at 9:15 a.m., Courtroom 7D, at the United States Courthouse in Kansas City, Missouri.

Respectfully submitted,

GORI, JULIAN & ASSOCIATES, P.C.

By:___/s/ D. Todd Mathews_____
    D. Todd Mathews, #52502 (MO)
    Attorneys for Plaintiff
    156 N. Main Street
    Edwardsville, Illinois 62025
    Phone:  (618) 659-9833
    Fax:    (618) 659-9834
    todd@gorijulianlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of February, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all cm/ecf participants.

　　　/s/ D. Todd Mathews_____

Page **3** of **3**

Case 3:14-cv-05090-SRB   Document 19   Filed 02/03/15   Page 3 of 3