UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SARAH HOOVER,<br><br>    Plaintiff,<br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS INC.,<br><br>    Defendant. | CASE No. 3:14-cv-05090-BCW |

## CERTIFICATE OF SERVICE

Defendant Bayer HealthCare Pharmaceuticals Inc. hereby gives notice that on the 2nd day of January, 2015, a true and correct copy of Defendant's Rule 26(a)(1) Initial Disclosures was served via Electronic Mail and United States First Class mail, postage prepaid to the following counsel of record:

>D. Todd Matthews
>Gori Julian & Associates, P.C.
>156 N. Main St.
>Edwardsville, IL 62025
>todd@gorijulianlaw.com
>*Attorneys for Plaintiff*

Dated: February 20, 2015.

Respectfully submitted,

By: */s/ Jeremiah S. Wikler*
Jennifer M. Stevenson, #57264
Jeremiah S. Wikler, #60113
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*Attorney for Defendant Bayer HealthCare Pharmaceuticals Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this matter.

*/s/ Jeremiah S. Wikler*
Jeremiah S. Wikler

*Attorney for Defendant Bayer HealthCare Pharmaceuticals Inc.*