IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

## ORDER OF TRANSFER

With the consent of the Honorable Brian C. Wimes the civil cases listed on Attachment A to this order are hereby transferred to Judge Bough.

IT IS SO ORDERED.

/s/ Greg Kays
Greg Kays, Chief Judge
United States District Court

Date: February 23, 2015

**ATTACHMENT A**

| Case No. | Transferee Judge | Style of Case |
|---|---|---|
| 14-5083 | BCW | Leggett & Platt Incorporated, as Plan Administrator for Leggett & Platt, Incorporated 401(k) Plan and the Leggett & Platt, Incorporated Stock Bonus Plan v. Green et al |
| 14-5090 | BCW | Hoover v. Bayer Healthcare Pharmaceuticals, Inc. |
| 15-5001 | BCW | Brown v. Cordis Corporation |
| 14-0102 | BCW | Oyer v. Colvin |
| 14-0229 | BCW | Greater Kansas Laborers Pension Fund et al v. Al Muehlberger Concrete Company LLC |
| 14-0398 | BCW | US Department of Labor v. Southwestern Bell Telephone |
| 14-0729 | BCW | Hines v. Gaylord |
| 14-0934 | BCW | Crabtree v. Colvin |
| 14-1045 | BCW | Harvel v. Shadow Creek, LLC et al |
| 15-0083 | BCW | CILPF v. Explosive Contractors, Inc. |
| 13-3427 | BCW | Schneider et al v. City of Bolivar |
| 14-3107 | BCW | Tharp v. Colvin |
| 14-3406 | BCW | Edward Jones Trust Company v. U.S. Bank N.A. et al |
| 15-3035 | BCW | Stansburg v. Colvin |